In the Matter of the Claim of WILLIE L. GREEN, Respondent, v. S. A. HEALY COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ., concur.

In the Matter of the Claim of CHARLES McCOY, Respondent, v. GEORGE H. FLINN CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.